UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILDRED WATTS, ) | CASE NO. 2:12-cv-00356-WBS-GGH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER GRANTING STIPULATION RE** |
| ) | **DISMISSAL OF ENTIRE ACTION AND** |
| ) | **ALL PARTIES, WITH PREJUDICE** |
| CLIENT SERVICES, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

The Court has reviewed the Stipulation of Plaintiff MILDRED WATTS ("Plaintiff"), through her counsel of record, Law Offices of Todd M. Friedman, P.C. and Defendant CLIENT SERVICES, INC. ("Defendant"), through its counsel of record, Carlson & Messer LLP, to dismiss the above-entitled action, with prejudice, in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

**1**

06990.00:186292                                                **[PROPOSED] ORDER RE: DISMISSAL**
                                                                                             CASE NO. 2:12-cv-00356-WBS-GGH

1. That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to *FRCP 41(a)(1)(A)(ii)*. Each party shall bear their own costs and expenses.

**IT IS SO ORDERED:**

DATED: September 10, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE